JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER AHMED and SADIA HASAN,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:22-cv-04204-MWF(GJSx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATION** |

Before the Court is the parties' stipulation for dismissal with prejudice as to Defendant Toyota Motor Credit Corporation ("Toyota"). After careful review, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Toyota.

**IT IS SO ORDERED.**

June 2, 2023
Dated

_____
MICHAEL W. FITZGERALD
United States District Judge

- 1 -